# Exhibit G

**FLORENCIA ESPINOSA**

2-Plant Throwers and 1-Driver

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Thursday | 12/13/2007 | 7:00 AM | 12:00 PM | = | 5.00 | | | |
| | | 12:30 PM | 6:00 PM | = | 5.50 | | | |
| | | | | | 10.50 Hours | x | 3 = | 31.50 Hours |
| Friday | 12/14/2007 | 7:30 AM | 12:00 PM | = | 4.50 | | | |
| | | 12:30 PM | 6:00 PM | = | 5.50 | | | |
| | | | | | 10.00 Hours | x | 3 = | 30.00 Hours |
| Saturday | 12/15/2007 | 7:00 AM | 12:00 PM | = | 5.00 | | | |
| | | | | | 5.00 Hours | x | 3 = | 15.00 Hours |
| Monday | 12/17/2007 | 7:30 AM | 12:00 PM | = | 4.50 | | | |
| | | 1:00 PM | 6:00 PM | = | 5.00 | | | |
| | | | | | 9.50 Hours | x | 3 = | 28.50 Hours |
| Tuesday | 12/18/2007 | 7:30 AM | 12:00 PM | = | 4.50 | | | |
| | | 1:00 PM | 6:00 PM | = | 5.00 | | | |
| | | | | | 9.50 Hours | x | 3 = | 28.50 Hours |
| Wednesday | 12/19/2007 | 7:00 AM | 12:00 PM | = | 5.00 | | | |
| | | 1:00 PM | 6:00 PM | = | 5.00 | | | |
| | | | | | 10.00 Hours | x | 3 = | 30.00 Hours |

                                                                                 163.50
                                                                           x   $6.50

                                                                            $1,062.75

*P.L.*
*CK #7495*

---

Week Ending _____
Name **Plant Throwers**

| DAY | | IN | OUT | TOTAL HRS. |
|---|---|---|---|---|
| SUN | A.M. | | | |
| | P.M. | | | |
| MON | A.M. | 7:30 | 12:00 | 9½ ✓ |
| | P.M. | 1:00 | 6:00 | |
| TUE | A.M. | 7:30 | 12:00 | 9½ ✓ |
| | P.M. | 1:00 | 6:00 | |
| WED | A.M. | 7:00 | 12:00 | 10 ✓ |
| | P.M. | 1:00 | 6:00 | |
| THU | A.M. | 7:00 | 12:00 | 10½ ✓ |
| | P.M. | 12:30 | 6:00 | |
| FRI | A.M. | 7:30 | 12:00 | 10 ✓ |
| | P.M. | 12:30 | 6:00 | |
| SAT | A.M. | 7:00 | 12:00 | 5 hrs ✓ |
| | P.M. | | | |
| TOTAL HOURS WORKED → | | | | |

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT