# Exhibit H

CONTRACTOR: Florencia Espinosa  WEEK ENDING DATE: 5/13/2009

| DATE | TIME | TRUCK # | FIELD | GROSS | TARE | NET | BINS | Avg Lbs |
|---|---|---|---|---|---|---|---|---|
| 5/7/2009 | 7:53 AM | R7 | Merrill Big Field | 53,120 | 24,820 | 28,300 | 28 | 1,010.71 |
| 5/7/2009 | 8:01 AM | R4 | Merrill Big Field | 89,220 | 36,500 | 52,720 | 52 | 1,013.85 |
| 5/7/2009 | 9:37 AM | R5 | Merrill Big Field | 57,280 | 24,300 | 32,980 | 32 | 1,030.63 |
| 5/7/2009 | 10:42 AM | R4 | Merrill Big Field | 89,980 | 36,500 | 53,480 | 52 | 1,028.46 |
| 5/7/2009 | 11:26 AM | R7 | Merrill Big Field | 52,700 | 24,820 | 27,880 | 28 | 995.71 |
| 5/7/2008 | 12:47 PM | R5 | Merrill Big Field | 56,580 | 24,300 | 32,280 | 32 | 1,008.75 |
| 5/7/2008 | 1:31 PM | R1 | Merrill Big Field | 57,060 | 24,600 | 32,460 | 32 | 1,014.38 |
| 5/7/2008 | 2:28 PM | R7 | Merrill Big Field | 52,580 | 24,820 | 27,760 | 28 | 991.43 |
| 5/7/2008 | 3:24 PM | R4 | Merrill Big Field | 89,560 | 36,500 | 53,060 | 52 | 1,020.38 |
| 5/7/2008 | 3:47 PM | R5 | Merrill Big Field | 56,880 | 24,300 | 32,580 | 32 | 1,018.13 |
| 5/7/2008 | 12:00 AM | R1 | Merrill Big Field | 57,040 | 24,600 | 32,440 | 32 | 1,013.75 |
| 5/7/2008 | 5:42 PM | R7 | Merrill Big Field | 53,100 | 24,820 | 28,280 | 28 | 1,010.00 |
| 5/7/2008 | 6:59 PM | R5 | Merrill Big Field | 57,100 | 24,300 | 32,800 | 32 | 1,025.00 |
| 5/7/2008 | 7:32 PM | R4 | Merrill Big Field | 89,100 | 36,500 | 52,600 | 52 | 1,011.54 |
| 5/7/2008 | 9:05 PM | R4 | Merrill Big Field | 89,500 | 36,500 | 53,000 | 52 | 1,019.23 |
| 5/8/2009 | | R7 | Merrill Big Field | 53,140 | 24,820 | 28,320 | 28 | 1,011.43 |
| 5/8/2009 | | R4 | Merrill Big Field | 88,980 | 36,500 | 52,480 | 52 | 1,009.23 |
| 5/8/2009 | | R7 | Merrill Big Field | 52,500 | 24,820 | 27,680 | 28 | 988.57 |
| 5/8/2009 | | R1 | Merrill Big Field | 57,360 | 24,600 | 32,760 | 32 | 1,023.75 |
| 5/8/2009 | | R4 | Merrill Big Field | 88,640 | 36,500 | 52,140 | 52 | 1,002.69 |
| 5/8/2009 | | R1 | Merrill Big Field | 56,580 | 24,600 | 31,980 | 32 | 999.38 |
| 5/9/2009 | | R5 | Merrill Big Field | 56,360 | 24,300 | 32,060 | 32 | 1,001.88 |
| 5/9/2009 | 1:08 PM | R1 | Windshield | 56,860 | 24,600 | 32,260 | 32 | 1,008.13 |
| 5/9/2009 | 1:33 PM | R7 | Windshield | 52,720 | 24,820 | 27,900 | 28 | 996.43 |
| 5/9/2009 | 2:51 PM | R4 | Windshield | 87,820 | 36,500 | 51,320 | 52 | 986.92 |
| 5/9/2009 | 3:03 PM | R5 | Windshield | 56,780 | 24,300 | 32,480 | 32 | 1,015.00 |
| 5/9/2009 | 4:30 PM | R1 | Windshield | 56,200 | 24,600 | 31,600 | 32 | 987.50 |
| 5/9/2009 | 4:34 PM | R7 | Windshield | 52,460 | 24,820 | 27,640 | 28 | 987.14 |
| 5/9/2009 | 4:37 PM | R4 | Windshield | 89,420 | 36,500 | 52,920 | 52 | 1,017.69 |
| 5/9/2009 | 5:25 PM | R5 | Windshield | 56,080 | 24,300 | 31,780 | 32 | 993.13 |
| 5/9/2009 | 5:57 PM | R4 | Windshield | 88,120 | 36,500 | 51,620 | 52 | 992.69 |
| 5/9/2009 | 7:19 PM | R1 | Windshield | 56,240 | 24,600 | 31,640 | 32 | 988.75 |
| 5/9/2009 | 7:25 PM | R5 | Windshield | 56,100 | 24,300 | 31,800 | 32 | 993.75 |
| 5/9/2009 | 8:22 PM | R4 | Windshield | 88,460 | 36,500 | 51,960 | 52 | 999.23 |
| 5/10/2009 | 9:32 AM | R4 | Windshield | 88,620 | 36,500 | 52,120 | 32 | 1,628.75 |
| 5/10/2009 | 9:34 AM | R7 | Windshield | 52,420 | 24,820 | 27,600 | 28 | 985.71 |
| 5/10/2009 | 9:50 AM | R5 | Windshield | 57,140 | 24,300 | 32,840 | 32 | 1,026.25 |
| 5/10/2009 | 10:30 AM | R1 | Windshield | 56,860 | 24,600 | 32,260 | 32 | 1,008.13 |
| 5/10/2009 | 11:00 AM | R4 | Windshield | 88,540 | 36,500 | 52,040 | 52 | 1,000.77 |
| 5/10/2009 | 11:31 AM | R5 | Windshield | 56,620 | 24,300 | 32,320 | 32 | 1,010.00 |
| 5/10/2009 | 12:06 PM | R1 | Windshield | 57,080 | 24,600 | 32,480 | 32 | 1,015.00 |
| 5/9/2009 | 7:28 PM | 101 | Windshield | 58,740 | 27,180 | 31,560 | 32 | 986.25 |
| 5/11/2009 | 8:35 AM | R1 | Merrill Big Field | 56,380 | 24,600 | 31,780 | 32 | 993.13 |
| 5/11/2009 | 8:40 AM | R4 | Windshield | 90,380 | 36,500 | 53,880 | 52 | 1,036.15 |
| 5/11/2009 | 11:04 AM | R5 | Merrill Big Field | 56,160 | 24,300 | 31,860 | 32 | 995.63 |
| 5/11/2009 | 11:34 AM | R4 | Windshield | 88,080 | 36,500 | 51,580 | 52 | 991.92 |
| 5/11/2009 | 12:36 PM | R1 | Windshield | 56,140 | 24,600 | 31,540 | 32 | 985.63 |
| 5/11/2009 | 1:42 PM | R4 | Windshield | 88,000 | 36,500 | 51,500 | 52 | 990.38 |
| 5/11/2009 | 2:08 PM | R5 | Windshield | 56,300 | 24,300 | 32,000 | 32 | 1,000.00 |

| Date | Time | Row | Field | Gross | Tare | Net | Bins | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/11/2009 | 2:58 PM | R4 | Windshield | 88,300 | 36,500 | 51,800 | 52 | 996.15 |
| 5/11/2009 | 4:18 PM | R4 | Windshield | 88,520 | 36,500 | 52,020 | 52 | 1,000.38 |
| 5/11/2009 | 4:57 PM | R1 | Windshield | 56,260 | 24,600 | 31,660 | 32 | 989.38 |
| 5/11/2009 | 5:13 PM | R7 | Merrill Big Field | 52,860 | 24,820 | 28,040 | 28 | 1,001.43 |
| 5/12/2008 | 4:00 PM | R4 | Merrill Big Field | 88,280 | 36,500 | 51,780 | 52 | 995.77 |
| 5/12/2008 | 4:09 PM | R7 | Merrill Big Field | 53,540 | 24,820 | 28,720 | 28 | 1,025.71 |
| 5/12/2008 | 5:01 PM | R1 | Merrill Big Field | 57,340 | 24,600 | 32,740 | 32 | 1,023.13 |
| 5/12/2008 | 5:34 PM | R4 | Merrill Big Field | 89,080 | 36,500 | 52,580 | 52 | 1,011.15 |
| 5/12/2008 | 6:01 PM | R5 | Merrill Big Field | 56,880 | 24,300 | 32,580 | 32 | 1,018.13 |
| 5/12/2008 | 6:43 PM | R7 | Merrill Big Field | 53,060 | 24,820 | 28,240 | 28 | 1,008.57 |
| 5/12/2008 | 7:27 PM | R1 | Merrill Big Field | 56,900 | 24,600 | 32,300 | 32 | 1,009.38 |
| 5/12/2008 | 8:12 PM | R5 | Merrill Big Field | 56,760 | 24,300 | 32,460 | 32 | 1,014.38 |
| 5/12/2008 | 9:10 PM | R4 | Merrill Big Field | 89,120 | 36,500 | 52,620 | 52 | 1,011.92 |
| 5/13/2009 | 8:13 AM | R4 | Merrill Big Field | 89,020 | 36,500 | 52,520 | 52 | 1,010.00 |
| 5/13/2009 | 9:17 AM | R7 | Merrill Big Field | 53,700 | 24,820 | 28,880 | 28 | 1,031.43 |
| 5/13/2009 | 9:45 AM | R4 | Merrill Big Field | 89,100 | 36,500 | 52,600 | 52 | 1,011.54 |
| 5/13/2009 | 10:33 AM | R1 | Merrill Big Field | 56,540 | 24,600 | 31,940 | 32 | 998.13 |
| 5/13/2009 | 11:17 AM | R4 | Merrill Big Field | 88,840 | 36,500 | 52,340 | 52 | 1,006.54 |
| 5/13/2009 | 11:34 AM | R5 | Merrill Big Field | 56,400 | 24,300 | 32,100 | 32 | 1,003.13 |
| 5/13/2009 | 12:44 PM | R7 | Merrill Big Field | 52,820 | 24,820 | 28,000 | 28 | 1,000.00 |
| 5/13/2009 | 1:25 PM | R4 | Merrill Big Field | 89,020 | 36,500 | 52,520 | 52 | 1,010.00 |
| 5/13/2009 | 2:31 PM | R1 | Merrill Big Field | 57,260 | 24,600 | 32,660 | 32 | 1,020.63 |
| 5/13/2009 | 3:00 PM | R5 | Merrill Big Field | 57,080 | 24,300 | 32,780 | 32 | 1,024.38 |
| 5/13/2009 | 4:14 PM | R4 | Merrill Big Field | 89,260 | 36,500 | 52,760 | 52 | 1,014.62 |
| 5/13/2009 | 4:40 PM | R7 | Merrill Big Field | 53,360 | 24,820 | 28,540 | 28 | 1,019.29 |
| 5/13/2009 | 5:31 PM | R1 | Merrill Big Field | 57,480 | 24,600 | 32,880 | 32 | 1,027.50 |
| 5/13/2009 | 6:39 PM | R4 | Merrill Big Field | 89,740 | 36,500 | 53,240 | 52 | 1,023.85 |
| 5/13/2009 | 6:59 PM | R5 | Merrill Big Field | 57,000 | 24,300 | 32,700 | 32 | 1,021.88 |
| 5/13/2009 | 8:02 PM | R1 | Merrill Big Field | 57,980 | 24,600 | 33,380 | 32 | 1,043.13 |
| 5/13/2009 | 9:07 AM | R4 | Merrill Big Field | 89,920 | 36,500 | 53,420 | 52 | 1,027.31 |
| | | | | | | 3,053,120 | 3008 | 1,015.00 |

| Date | # bins |
|---|---|
| 5/7/2009 | 309.00 |
| 5/8/2009 | 419.00 |
| 5/9/2009 | 380.75 |
| 5/11/2009 | 265.00 |
| 5/12/2009 | 386.00 |
| 5/13/2009 | 502.00 |
| Total H2A | 2261.75 |

less H2A 2261.75
746.25

746.25 x $14.00 = $10,447.50

Total due Lori for clipping
Contract labor check # 9125   $10,447.50

3008 x $6.00 = $18,048.00
Hauling Check # 9126