# Exhibit I

# PAYROLL SUMMARY

NAME: Florencia Espinosa

CONTRACT LABOR: PLANTING

| AS OF DATE: | FIELD: | FEET: | | AMOUNT: |
|---|---|---|---|---|
| 12/13/07 | Mile | 202,656 | | |
| 12/14/07 | Mile | 177,765 | | |
| 12/15/07 | Williams | 68,998 | | |
| 12/17/07 | Williams/Bacon | 126,338 | | |
| 12/18/07 | White House/M Williams | 150,037 | | |
| 12/19/07 | M Williams | 95,976 | | |
| | TOTAL FEET: | 821,770 | x .035 | $28,761.95 |

Less H2A total feet = -657,876.00   x .035   -$23,025.66
12-11 thru 12-17

$5,736.29

CK#1493 R-B